UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL DIGIACOMO

                Plaintiff,

    - against -

GEOS NEW YORK CORPORATION

                Defendant.
------------------------------------------------------------X

Civil Action No.: 10 CIV 7241
Date Filed: 9-21-10

AFFIDAVIT OF
SERVICE

STATE OF NEW YORK  )
                             ) ss:
COUNTY OF QUEENS  )

    Frank Murad, being duly sworn, deposes and says, that I am over the age of eighteen years, not a party to this action, and I reside in Hillsdale, New Jersey.

    That on October 4, at 12:30 p.m. at
111 EIGHTH AVENUE, NEW YORK, NEW YORK 10011 (13th Floor)
I personally served a true copy of the within: **CIVIL COVER SHEET, SUMMONS IN A CIVIL ACTION and COMPLAINT (JURY TRIAL DEMANDED),**

upon: **GEOS NEW YORK CORPORATION**
        **c/o Registered Agent – CT Corporation System,**

defendant therein named,
a corporation, by personally delivering to and leaving it with    AIXA FLORES,
deponent knew said corporation so served to be the corporation, described in same as said defendant and knew said individual to be a    PROCESS SPECIALIST,
thereof, authorized to accept such service on behalf of said defendant. That at the time of service, said papers bore the index number and date of filing.

An approximate description of the person served is as follows:
female, white skin, brown hair, brown eyes, 5'5", 130 lbs., 48 yrs.

other features: glasses

                                                                                  FRANK MURAD

Sworn to before me
this 18th day of October, 2010.                            License No.: 911639

_____
NOTARY PUBLIC

                             Matthew Adelstein
                      Notary Public - State of New York
                          No. 01AD6153563
                        Qualified in Nassau County
                  My Comm. Expires October 4, 2014