UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MICHAEL DIGIACOMO,                        :
                                          :
                                          :
                                          :   **10CV07241 (BSJ) (DCF)**
            Plaintiff,                     :
                                          :   **NOTICE OF DISMISSAL**
   - against -                             :   **WITH PREJUDICE**
                                          :
                                          :
GEOS NEW YORK CORPORATION,                 :
                                          :
                                          :
            Defendant.                     :
                                          :
                                          :
------------------------------------------------------------x

**IT IS HEREBY NOTICED,** by Plaintiff, MICHAEL DIGIACOMO, that pursuant to FRCP Rule

41(a)(1)(i), the above-captioned action is voluntarily dismissed with prejudice and without costs.

Dated: Melville, New York
      January 24, 2011

                                          Shulman Kessler LLP

                                          Marijana F. Matura, Esq.
                                          *Attorneys for Plaintiff*
                                          510 Broadhollow Road, Suite 110
                                          Melville, New York 11747
                                          (631)499-9100

SO ORDERED:

_____
           U.S.D.J.